**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LE TIFFANY MILLER,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO. 1:25-CV-1017** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **FRANK BISIGNANO, Commissioner of Social Security** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW, THIS 24TH DAY OF SEPTEMBER 2026**, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 19) and all relevant documents for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Carlson's R&R is **ADOPTED** for the reasons set forth therein.
2. Plaintiff's appeal of the Acting Commissioner's decision (Doc. 1) is **DENIED**.
3. The decision of the ALJ is **AFFIRMED**.

Robert D. Mariani
United States District Judge